### 37836. BOULUS v. PHILPOT et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Smith, J., who dissents.*

DECIDED JANUARY 27, 1982 — REHEARING DENIED FEBRUARY 16, 1982.
Mandamus. Richmond Superior Court. Before Judge Pickett.
*Nicholson & Nicholson, Chris G. Nicholson,* for appellant.
*Stephen E. Shepard, David E. Hudson,* for appellees.